# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

135618

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOSHUA LEWIS FORD,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135618
COA: 270542
Kalamazoo CC: 05-001955-FC

      On order of the Court, the application for leave to appeal the November 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

s0519

Clerk